# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1574
LT Case No. 2016-102711-CFDL

_____

ROBERT WESLEY BRIDGER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 appeal from the Circuit Court for Volusia County.
Dawn D. Nichols, Judge.

Robert Wesley Bridger, Graceville, pro se.

No Appearance for Appellee.

September 12, 2023

PER CURIAM.

AFFIRMED.

JAY, MACIVER, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____